IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY JAMES NEILL, JR., ) | |
| ) | |
| Movant, ) | |
| ) | No. 2:14-cv-00013 |
| v. ) | Senior Judge Haynes |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Movant's claims for ineffective assistance are **DISMISSED**. This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party after the Supreme Court's decision in Beckles v. United States, 136 S.Ct. 2510 (2016).

It is so **ORDERED**.

ENTERED this the 13th day of January, 2017.

WILLIAM J. HAYNES, JR.
Senior United States District Judge